# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

Bridget M. McCormack,
Chief Justice

159494-5(55)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HOLY TRINITY ROMANIAN ORTHODOX
MONASTERY and ADRIAN M. LUPU-LEICA,
     Plaintiffs-Appellants,

v

    SC: 159494
    COA: 342844
    Washtenaw CC: 17-000876-CB

ROMANIAN ORTHODOX EPISCOPATE OF
AMERICA,
     Defendant-Appellee.
_____/

ROMANIAN ORTHODOX EPISCOPATE OF
AMERICA,
     Plaintiff-Appellee,
and

WILLIAM G. POPP, a/k/a NATHANIAL POPP,
and BISHOP OF THE ROMANIAN ORTHODOX
EPISCOPATE OF AMERICA,
     Plaintiffs,

v

    SC: 159495
    COA: 342846
    Washtenaw CC: 17-000904-CB

HOLY ASCENSION ORTHODOX CHRISTIAN
MONASTERY, HOLY TRINITY ROMANIAN
ORTHODOX MONASTERY, ADRIAN LUPU-
LEICA, DORIAN CONTY, SEBASTIAN STEFAN
DUMITRASCU, and IOAN IRINEU DUVLEA,
     Defendants-Appellants.
_____/

On order of the Court, the motion for reconsideration of this Court's September 30, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



Clerk

a0127